**No. P68/166.**—American Rieter Co., Inc., et al. *v.* United States, protests 66/1617, etc. (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of drawtwisters and parts thereof, which are dedicated to use on or with such machines, similar in all material respects to those the subject of *Allied Chemical Corp., National Aniline Division, and Alltransport, Inc., et al.* v. *United States* (53 Cust. Ct. 233, Abstract 68680, and 57 Cust. Ct. 880, Abstract 69811), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, MARCH 25, 1968

**No. P68/167.**—John A. Steer Co. *v.* United States, protests 65/4609, etc. (Philadelphia).

MALETZ, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of coordinatographs or parts, dedicated for use therewith, in chief value of metal, similar in all material respects to those the subject of *John A. Steer Company* v. *United States* (53 CCPA 67, C.A.D. 879), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 25, 1968

**No. P68/168.**—Daher Company, Inc., et al. *v.* United States, protests 66/9159, etc. (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of containers of tinplate, not plated with platinum, gold, or silver, and not containing electrical heating elements, similar in all material respects to those the subject of *Fabius & Co., Inc.,* and *Daher Company, Inc.* v. *United States* (55 Cust. Ct. 305, C.D. 2595), the claim of the plaintiffs was sustained.